# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **MELISSA TUCKER, Individually and on behalf of all others similarly situated,** | § § § | |
| Plaintiff, | § § | CASE NO. 6:18cv356-RWS-JDL |
| v. | § § | |
| **NORTHSTAR LOCATION SERVICES, LLC,** | § § § § | |
| Defendant. | § | |

## ORDER

Pursuant to the Plaintiff's Notice of Voluntary Dismissal (Docket No. 9) voluntarily dismissing all claims against defendant with prejudice, it is hereby

**ORDERED** that all claims and causes of action asserted in the above-entitled and numbered cause of action are **DISMISSED WITH PREJUDICE**. All costs are to be borne by the party that incurred them. All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

**SIGNED this 19th day of December, 2018.**

*[Signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE